UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62103-SMITH/VALLE

HOWARD MICHAEL CAPLAN,

   Plaintiff,

vs.

HOWARD MALLORY, *et al.*,

   Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 36], in which the Magistrate Judge recommends granting in part Plaintiff's Motion for Entry of Default Judgment and Application for Attorney's Fees, Costs, Expert Witness Fees, and Litigation Expenses [DE 28]. No objections have been filed to the Report and Recommendation. Thus, having reviewed, *de novo*, Magistrate Judge Valle's Report and Recommendation, the record, and given that Plaintiff has not objected, it is

**ORDERED** that

1. The Report and Recommendation to District Judge [DE 36] is **AFFIRMED and ADOPTED.**

2. Plaintiff is awarded $7,633.50 in attorney's fees and $2,057.88 in costs.

3. The Court will enter a separate judgment against Defendant Howard's Auto Upholstery Inc.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 9th day of March, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All parties of record